IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-cr-26-P |
| ANTHONY WAYNE EYLAR (01) | |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around December 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Anthony Wayne Eylar**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ANTHONY WAYNE EYLAR (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 7th day of February, 2023.

**Defendant in Federal Custody since January 11, 2023.**

-------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-1019-BJ